# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LETICIA HEILMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 2:17-cv-000219 |
| | § | |
| PERFORMANCE ENERGY SERVICES, LLC, | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff files this Notice of Settlement in the above-styled and numbered matter, and shows as follows:

1. The parties reached a compromise and settlement agreement concerning all claims alleged in this matter on or about December 21, 2017.

2. The plaintiff will file an unopposed motion to dismiss the suit after execution of the formal settlement documents.

3. Accordingly, the parties respectfully request that the Court take notice of the settlement of this matter.

Respectfully submitted,

s/Jon D. Brooks

Jon D. Brooks
Attorney-in-Charge
Southern District ID 24936
State Bar No. 24004563
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710
361.885.7716 (facsimile)
jbrooks@brooksllp.com
**Attorney for Plaintiff**

OF COUNSEL

B R O O K S   L L P
Attorneys and Counselors at Law
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
361.885.7710 (telephone)
361.885.7716 (facsimile)
www.brooksllp.com (web)

## Certificate of Service

     I do hereby certify that a true and correct copy of the above and foregoing was served upon Defendant's counsel of record, as indicated below, by electronic mail from the clerk of the court, on this 22nd day December 2017, as permitted by the Rules:

     Monica F. Oathout
     Katrisha L. Shirley
     VORYS, SATER, SEYMOUR AND PEASE, LLP
     700 Louisiana, Suite 4100
     Houston, Texas 77002

                                        s/Jon D. Brooks
                                        Jon D. Brooks